AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Scott J. Pichon<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:25−mj−00167<br>Assigned To : Harvey, G, Michael<br>Assign. Date : 8/23/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2025__ in the District of __Columbia__ the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Kyle Johnson, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/23/2025

*Judge's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*