# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SCOTT PICHON,**<br><br>Defendant. | Case No. 25-MJ-167 |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss the criminal complaint against defendant Scott Pichon, without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). The United States has determined that dismissal of this matter is in the interests of justice. Accordingly, the United States requests that the Court dismiss the criminal complaint against defendant Scott Pichon without prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   */s/ Caelainn Carney*
Caelainn Carney
Assistant United States Attorney
NY Bar No. 5751672
601 D Street NW
Washington, D.C. 20052
202-714-6433
Caelainn.carney@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 25-MJ-167 |
| v. | |
| **SCOTT PICHON,** | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of the United States's Motion to Dismiss Complaint Without Prejudice (the "United States's motion") and any opposition thereto, it is hereby ORDERED that the United States's motion is GRANTED and the complaint shall be DISMISSED without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE