UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT PICHON,<br><br>Defendant. | Case No. 25-MJ-167 |

### ORDER

For the reasons stated on the record, the Court **GRANTS** the Government's motion to dismiss this case and **DISMISSES** the complaint and this action. The Court's dismissal operates as a **DISMISSAL WITHOUT PREJUDICE** at this juncture, pending further briefing and submissions from the parties. In light of the dismissal, the Court expressly **VACATES** any and all conditions of release imposed on Mr. Pichon in these proceedings.

To the extent Defendant intends to make any additional requests of the Court, including to dismiss the case with prejudice, the Defendant shall file any such request within seven (7) days, and the Government shall have seven (7) days to respond. The Court will entertain and resolve any such requests in due course.

**SO ORDERED**.

_____
**MATTHEW J. SHARBAUGH**
**UNITED STATES MAGISTRATE JUDGE**